IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Twila Black,<br><br>             Plaintiff,<br><br>   v.<br><br>Prudential Insurance Company of America, et al.,<br><br>             Defendants. | C/A No. 3:16-cv-02479-JMC<br><br>**CONSENT ORDER AMENDING DEADLINES IN SPECIALIZED CASE MANAGEMENT ORDER** |

This matter is before the Court by way of the parties' request to extend the deadlines set forth in the Court's Specialized Case Management Order filed on August 24, 2016. The grounds for this Motion are that pretrial proceedings have been delayed due to scheduling conflicts related thereto and the parties are continuing in their efforts to settle the case. Furthermore, this matter is not currently on the Court's Trial Roster and, therefore, an extension of time will not impede the Court's progress in this case. The parties have asked for an additional sixty (60) days to comply with the deadlines in the Specialized Case Management Order.

Accordingly, the deadlines in the Specialized Case Management Order for this case are hereby extended sixty (60) days from their original deadlines.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the deadlines in the Specialized Case Management Order dated August 24, 2016 are hereby extended sixty (60) days.

**IT IS SO ORDERED.**

                                                            s/J. Michelle Childs
                                                            The Honorable J. Michelle Childs
                                                            United States District Judge

Dated:  11/8/2016
Columbia, South Carolina

I SO MOVE,

s/ J. D. Quattlebaum
J. D. Quattlebaum, Fed. ID No. 5252
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main Street, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC  29602
(864) 240-3249

ATTORNEYS FOR DEFENDANT

Dated:  11/07/2016
Greenville, South Carolina


I CONSENT:

s/ Nekki Shutt
Nekki Shutt, Fed. ID No. 6530
CALLISON TIGHE & ROBINSON, LLC
1812 Lincoln Street, Suite 200
Post Office Box 1390
Columbia, South Carolina 29202-1390
(803 ) 404-6900
(803) 404-6901 (facsimile)

ATTORNEYS FOR PLAINTIFF

Dated:  11/07/2016